IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    vs.                    CASE NO. 3:99CR344-024(PG)

KAREN AIBLIZ SEVILLA-ROMAN
* * * * * * * * * * * * *

**MOTION NOTIFYING VIOLATION OF CONDITIONS
OF RELEASE AND REQUESTING WRITTEN REPRIMAND**

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

    COMES NOW, MARTIN DE SANTIAGO, U.S. PROBATION OFFICER of this Court, presenting an official report on the conduct and attitude of releasee, Karen Aibliz Sevilla-Roman, who on November 17, 2000, was sentenced to sixty (60) months of imprisonment after she was convicted of violating 21 U.S.C. § 846.  A supervised release term of four (4) years was imposed with the special conditions of drug testing, and treatment if necessary; submit to a psychiatric and/or psychological evaluation; provide financial disclosure, and that she submits evidence to the effect that annual income tax returns have been duly filed with the Puerto Rico Treasury Department as required by law.  A special monetary assessment in the amount of $100 was also imposed.  On June 16, 2003, the offender was released from custody at which time the supervision term imposed commenced.

    On September 24, and October 26, 2004, urinalyses were collected from the offender and the same yielded positive to

marijuana. Due to this, she has been placed in an intensive drug testing program.

**WHEREFORE,** as the offender had been in compliance with her conditions of release until recently, it is respectfully recommended that the undersigned be allowed to implement the above-referenced supervision plan and that she be issued a written reprimand. Should she violate any other condition the Court will be notified. Thereupon, she to be dealt with pursuant to law.

In San Juan, Puerto Rico, this 1st day of November 2004.

          Respectfully submitted,

          EUSTAQUIO BABILONIA, CHIEF
          U.S. PROBATION OFFICER

          s/Martin De Santiago
          U.S. Probation Officer
          Federal Office Bldg. Room 400
          150 Chardon Avenue
          San Juan, P.R. 00918-1741
          Tel. 787-766-5860
          Fax 787-771-4063
          E-mail:martin_de_santiago@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on November 1, 2004, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rose M. Vega, Assistant U.S. Attorney, and Benito Rodriguez-Masso, Esq.

In San Juan, Puerto Rico, this 1st day of November 2004.

s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
E-mail:martin_de_santiago@prp.uscourts.gov