UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    Plaintiff,

       vs.    Criminal No. 99-344-024(PG)

KAREN AIBLIZ SEVILLA-ROMAN,
    Defendant.

| MOTION | ORDER |
|---|---|
| **DOCKET #663** - Motion Notifying Violation of Conditions of Release and Requesting Written Reprimand. | **GRANTED AS REQUESTED.** |

Date: November 15, 2004.

    S/JUAN M. PÉREZ-GIMÉNEZ
    U.S. District Judge