IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA

vs.                                                              CASE NO.  3:99CR00344-024 (PG)

KAREN AIBLIZ SEVILLA-ROMAN
* * * * * * * * * * * * * * * * * * * * *

MOTION NOTIFYING VIOLATION OF SUPERVISED RELEASE
AND REQUESTING MODIFICATION OF CONDITIONS OF RELEASE

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, Martín De Santiago, U.S. Probation Officer** of this Court, presenting an official report upon the conduct and attitude of Karen Aibliz Sevilla-Román, who was sentenced on November 17, 2000, to sixty (60) months of imprisonment after she was convicted of violating Title 21 U.S. Code, Section 846.  A supervised release term of four (4) years was imposed with the special conditions which included drug testing, and treatment if necessary, a psychiatric and/or psychological evaluation, financial disclosure, and the submission that annual income tax returns were filed as required by law.  A special monetary assessment in the amount of $100 was also imposed.  On June 16, 2003, the offender was released from custody at which time the supervision term imposed commenced.  The offender received a judicial reprimand on November 15, 2004, for having smoked marijuana on September 24, and October 26, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has been tested on several occasions and she has yielded only one additional

positive drug test to marijuana on December 29, 2004. However, the offender has been less than candid to the undersigned and the U.S. Marshal Service as to whereabouts of her consensual partner and co-defendant, José Colón-Centeno. On July 15, 2005, Mr. Colón-Centeno was arrested in her apartment by the U.S. Marshal Service. Based on the aforementioned it is recommended that some type of sanction be imposed in this case.

The aforementioned was discussed with the offender and she has agreed to the modification of conditions as noted on the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Probation/Supervised Release of Extend Term of Supervision, modifying her conditions to require her placement in the Home Confinement Program.

**WHEREFORE,** it is respectfully requested, unless ruled otherwise by the Court, that our request for the modification of conditions be granted as noted on the attached waiver.

In San Juan, Puerto Rico, this 18th day of July 2005.

Respectfully submitted,
EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Building Room 400
150 Chardón Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
martin_de_santiago@prp.uscourts.gov

MDS/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Rose M. Vega, Assistant U.S. Attorney, and to Benito Rodríguez-Masso, Esq.

In San Juan, Puerto Rico, this 18th day of July 2005.

s/Martin De Santiago
Martin De Santiago
U.S. Probation Officer
Federal Office Building Room 400
150 Chardón Avenue
San Juan, P.R. 00918-1741
Tel. 787-766-5860
Fax 787-771-4063
martin_de_santiago@prp.uscourts.gov

MDS