PROB 49
(6/98)

# UNITED STATES DISTRICT COURT
### District of Puerto Rico

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant shall be placed in home detention and comply with the conditions of the Home Confinement Program for a period of three (3) months. During this period of time, the defendant shall remain at her place of residence at all times except as provided by the Home Detention policies established by the Probation Office of the Court. The defendant shall maintain a telephone at her place of residence without "call forwarding", a modem, "caller id", "call waiting" or portable cordless telephones for the above period, and wear an electronic monitoring device following the electronic monitoring procedures specified by the Probation Officer. In addition, the defendant shall allow the Probation Officer immediate access to her house for supervision purposes, and will earn leave according to the Home Confinement Program policies. As the offender is indigent, the cost of the Home Confinement Program is hereby waived."

Signature: *(signed)* Martín De Santiago
U. S. Probation Officer
Federal Office Building
Office 400
787-766-5860
787-766-5596

*(signed)* Karen Aibliz Sevilla-Roman
Supervised Releasee

Date:   July 15, 2005

July 15, 2005