IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


**THE UNITED STATES OF AMERICA**

    vs.          **CASE NO. 3:99CR00344 -24 (PG)**

**KAREN AIBLIZ SEVILLA-ROMAN**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


MOTION FOR SOME DISPOSITION

**TO THE HONORABLE JUAN M. PEREZ GIMENEZ**
**U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

  **COMES NOW, MIGUEL A. ARROYO-DOMENECH, U.S. PROBATION OFFICER** of this Honorable Court presenting an official report upon the conduct and attitude of releasee, Karen Aibliz Sevilla-Roman, who on November 17, 2000, Your Honor sentenced her to sixty (60) months of imprisonment and four (4) of supervised release to follow for a violation of Title 21, U.S.C. Section 846 - Conspiracy to distribute narcotics. As special conditions of said supervised release term, she was ordered to submit financial disclosure, to produce copy of Income Tax Returns, to submit to a psychological evaluation and urinalysis. A special monetary assessment in the amount of $100 was also imposed.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AS FOLLOWS:**

  **1. Supervision Standard Condition - " The defendant shall not commit another federal, state or local crime."**

On June 14, 2006, Ms. Sevilla-Roman disclosed that on June 2006, she was driving her brother's vehicle to return the same to the car dealer when a Commonwealth Police Officer of Puerto Rico ordered her to pull over. She was driving the vehicle without driver's license nor an updated card vehicle registration.

**2. Drug Special Condition - "She shall refrain from the unlawful use of controlled substances, and submit to a drug test within fifteen days of releasee on supervised release, and thereafter when so requested by the US Probation Officer. If any such sample detect substance abuse, the defendant shall, at the discretion of the U.S. Probation Officer, participate in a substance abuse treatment program, arranged and approved by the U.S. Probation Officer until duly discharged by authorized program personnel with the approval of the U.S. Probation Officer."**

On February 14, 2006, during an office interview, Mrs. Sevilla-Roman spontaneously disclosed and admitted having smoked marihuana. Hence, as a risk control measure, she was referred to the Clínica de Tratamiento Psicóterapeutico for outpatient intensive drug treatment. Thereafter, releasee has failed to report to her counseling sessions on April 20 and 27, 2006; and May 1, 8, 15 & 22, 2006.

**3. Standard Supervision Condition No. 2 - "The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month."**

Mrs. Sevilla-Roman failed to report to our office on December 23, 2005 and May 24, 2006. Additionally, she has repeatedly failed to submit the monthly supervision reports on a timely fashion.

*Wherefore,* I declare under penalty of perjury that the foregoing is true and correct. It is respectfully requested that the Court take notice of the aforementioned and that releasee be granted one last opportunity by allowing her to remain under our office supervision and benefitting from the outpatient drug treatment. In the event that releasee fails again to comply

with her conditions of supervision, the Court will be promptly notified for any action Your Honor may deem appropriate.  Thereupon, she to be dealt with pursuant to law.

In San Juan, Puerto Rico, this **14th day of June 2006**.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


**s/Miguel A.  Arroyo-Domenech**
Miguel A. Arroyo-Domenech
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-6356
787-766-5945
Miguel_Arroyo@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, **June 14, 2006**, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Rose Vega, Assistant U.S. Attorney, and Benito Rodríguez-Masso, Esq.

At San Juan, Puerto Rico, **June 14, 2006.**

                                              **s/Miguel A. Arroyo-Domenech**
                                              Miguel A. Arroyo-Domenech
                                              U.S. Probation Officer
                                              Federal Office Building, Office 400
                                              San Juan, PR 00918
                                              787-766-6356
                                              787-766-5945
                                              Miguel_Arroyo@prp.uscourts.gov