**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

**THE UNITED STATES OF AMERICA**

        **vs.**                        **CASE NO. 3:99CR00344 -24 (PG)**

**KAREN AIBLIZ SEVILLA-ROMAN**

* * * * * * * * * * * * * * * * * * * * * * * * * *

**SUPPLEMENT MOTION TO THE MOTION FILED ON JUNE14, 2006 AND
NOTIFICATION OF NEW CRIMINAL CONDUCT**

**TO THE HONORABLE JUAN M. PEREZ GIMENEZ
SENIOR U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO**

      **COMES NOW, MIGUEL A. ARROYO-DOMENECH, U.S. PROBATION OFFICER** of this Honorable Court presenting an official report upon the conduct and attitude of releasee, **Karen Aibliz Sevilla-Roman**, of whom a Motion for Some Disposition was filed on June 14, 2006, notifying the Court that defendant had violated her supervision conditions by violating the state laws, using illegal substances, failure to report to the probation office and to submit the monthly supervision reports. We recommended to the Court that she be allowed to continue under the U.S. Probation Office's supervision and in an outpatient drug treatment program.

      On June 20, 2006, the Court ordered that a warrant for the offender's arrest be issued.

**RESPECTFULLY PRESENTING   PETITION FOR ACTION OF COURT AS FOLLOWS:**

**1. Mandatory Condition - " The defendant shall not commit another federal, state or local crime."**

On July 12, 2006, Mrs. Karen Aibliz Sevilla-Román was the subject of a three count indictment in Criminal Case No. 3:06-cr-223-2(DRD), rendered by Grand Jury in the District of Puerto Rico. **Count one of said indictment charges** that on or about June 18, 2006, in the District of Puerto Rico, the defendant, and her husband and codefendant, Mr. José Colón-Centeno, who is an inmate at MDC, Guaynabo, aiding and abetting each other possessed a prohibited object, as defined in Section 1791 of Title 18, United States Code, that was heroin and marihuana, in violation to Title 21, United States Code, Section 841(a)(1) & (b)(1)(C); all in violation to Title 18, United States Code, Section 1791(a)(2) & (b) and Section 2. **Count two charges** that the defendant provided to Mr. José Colón-Centeno a detectable amount of heroin and marihuana, in violation to Title 21, United States Code, Section 841(a)(1) & (b)(1)(C); all in violation to Title 18, United States Code, Section 1791(a)(1) & (b), **and count three charges** that the defendant and inmate, José Colón-Centeno, possessed with intent to distribute a mixture and substance containing a detectable amount of heroin, in violation to Title 21, United States Code, Section 841(a)(1) & (b)(1)(C) and Title 18, United States Code, Section 2.

On June 19, 2006, the defendant was arrested at the Metropolitan Detention Center in Guaynabo, Puerto Rico. Subsequently, on the later day, her temporary detention was ordered by the Honorable U.S. Magistrate Judge Justo Arenas. On July 3, 2006, her detention pending trial was ordered by the latter Magistrate Judge, and she remains under custody as of the filing of this motion.

*Wherefore,* I declare under penalty of perjury that the foregoing is true and correct.

It is respectfully requested the Court order the warden of the Metropolitan Detention Center, Guaynabo, Puerto Rico, to produce Mrs. Sevilla-Román before this Court, to show cause why her supervised release term should not be revoked; thereupon, releasee to be dealt with pursuant to law.

In San Juan, Puerto Rico, this **19th day of July 2006**.

                                            Respectfully submitted,

                                            EUSTAQUIO BABILONIA, CHIEF
                                            U.S. PROBATION OFFICER

                                            **s/Miguel A. Arroyo-Domenech**
                                            Miguel A. Arroyo-Domenech
                                            U.S. Probation Officer
                                            Federal Office Building, Office 400
                                            San Juan, PR 00918
                                            787-766-6356
                                            787-766-5945
                                            Miguel_Arroyo@prp.uscourts.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, **July 19, 2006**, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

U.S. Attorney Rosa Emilia Rodríguez, Esq., and Benito Rodríguez-Masso, Esq.

At San Juan, Puerto Rico, **July 19, 2006.**

 

**s/Miguel A. Arroyo-Domenech**
Miguel A. Arroyo-Domenech
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-6356
787-766-5945
Miguel_Arroyo@prp.uscourts.gov