IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

Vs.                                                             Case. No. 3:99CR00344-24 (PG)

**KAREN AIBLIZ SEVILLA-ROMAN**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon petition of **Miguel A. Arroyo-Domenech, U.S. PROBATION OFFICER of this Court**, alleging that releasee, Karen Aibliz Sevilla-Román has failed to comply with her conditions of supervised release, it is

**ORDERED** that releasee appear before this Court on _August 25_ 2006, at _9:30 AM_, for a hearing to show cause, if there be any, why her supervised release on the above-entitled case should not be revoked; thereupon the releasee to be dealt with pursuant to law.

At this hearing, releasee will be entitled:

1. To the disclosure of evidence against him.
2. To present evidence in his own behalf.
3. To the opportunity to question witnesses against him.
4. To be represented by counsel.

The Clerk shall issue the corresponding order to the Warden of the Metropolitan Detention Center in Guaynabo, P.R. to produce the offender before this Court on the above-noted date and provide all pertinent parties with copy of this order.

**IT IS SO ORDERED**

In San Juan, Puerto Rico, this _20th_ day of _July_, 2006.

Honorable Juan Pérez-Giménez,
SENIOR U.S. DISTRICT JUDGE